UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN BONDS,<br><br>                          Plaintiff,<br><br>     v.<br><br>RYAN PHILLIPS, *et al*.,<br><br>                          Defendants. | Case No. C15-1745-RAJ-MAT<br><br>ORDER GRANTING DEFENDANT PHILLIPS' MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's amended complaint, defendant Phillips' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants Phillips' motion for summary judgment (Dkt. 25) is GRANTED;

(3)     Plaintiff's amended complaint (Dkt. 13) and this action are DISMISSED with prejudice as to all federal constitutional claims asserted against defendant Phillips and without prejudice as to all state tort law claims asserted against defendant Phillips; and

/ / /

ORDER GRANTING DEFENDANT PHILLIPS'
MOTION FOR SUMMARY JUDGMENT - 1

1  (4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for
2  defendants, and to Judge Theiler.
3  DATED this 20th day of October, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT PHILLIPS'
MOTION FOR SUMMARY JUDGMENT - 2