UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN BONDS,<br><br>                    Plaintiff,<br><br>     v.<br><br>RYAN PHILLIPS, *et al*.,<br><br>                    Defendants. | Case No. C15-1745-RAJ<br><br>ORDER GRANTING DEFENDANT WOODRUFF'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's amended complaint, defendant Woodruff's motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendant Woodruff's motion for summary judgment (Dkt. 41) is GRANTED;

(3)     Plaintiff's amended complaint (Dkt. 13) and this action are DISMISSED with prejudice as to the due process claim asserted against defendant Woodruff, and without prejudice as to the Fourth Amendment claim(s) and all state tort law claims asserted against defendant Woodruff; and

ORDER GRANTING DEFENDANT WOODRUFF'S
MOTION FOR SUMMARY JUDGMENT - 1

(4)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 8th day of March, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT WOODRUFF'S
MOTION FOR SUMMARY JUDGMENT - 2